Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
130 Federal Building
201 N. Vermilion St.
Danville, IL 61832

---

*In Re:* Michael S Cervone and Lisa M Cervone          *Case No.:* 10–90902
*Debtor(s)*                                              *Chapter* 7

---

### *ORDER*

*Notice is hereby provided:*

☑   A Hearing having been held 9/23/10 on the following matters:

☐   The following having been filed:

   1   Motion for Relief From Stay

***IT IS ORDERED THAT:***

| MATTER | ACTION |
|--------|--------|
| 1      | Denied |

*Other:*

Dated: 9/23/10

                                          /S/
                                          Gerald D. Fines
                                          U.S. Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.